IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01260-WYD-BNB

GOLDER ASSOCIATES, INC., a Georgia corporation,

    Plaintiff(s),

v.

EDGE ENVIRONMENTAL, INC.;
DANIEL DUCE;
CAROLYN LAST;
ARCHIE REEVE; and
MARY BLOOMSTRAN,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Unopposed Motion to Consider Plaintiff's Reply Timely Filed, filed December 11, 2006 (docket #27) is **GRANTED**.  Plaintiff may file the Reply attached to the Unopposed Motion as Exhibit A, and such Reply shall be deemed timely filed.

    Dated:  December 11, 2006