IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01260-WYD-BNB

GOLDER ASSOCIATES, INC., a Georgia corporation,

    Plaintiff(s),

v.

EDGE ENVIRONMENTAL, INC.;
DANIEL DUCE;
CAROLYN LAST;
ARCHIE REEVE; and
MARY BLOOMSTRAN,

    Defendant(s).

## ORDER

THIS MATTER is before the Court on a review of the file.  On May 2, 2007, Defendants filed an Answer and Amended Counter-Claims (docket #48).  In light of the filing of the Amended Counterclaims, Plaintiff's Motion to Dismiss Counterclaims, Pursuant to Fed. R. Civ. P. 12(b)(6), filed October 26, 2006 (docket #24) must be denied as moot.  However, should Plaintiff move for dismissal of the Amended Counterclaims, it need not rebrief issues discussed in the original motion to dismiss, and may incorporate relevant portions of the original motion it wishes the Court to consider.  If such motion to dismiss is filed, Plaintiff is directed to discuss how the new allegations set forth in the Amended Counterclaims alter the analysis in the original motion to dismiss. Therefore, it is hereby

    ORDERED that Plaintiff's Motion to Dismiss Counterclaims, Pursuant to Fed. R.

Civ. P. 12(b)(6), filed October 26, 2006 (docket #24) is **DENIED AS MOOT**.

Dated: May 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge