IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01260-WYD-BNB

GOLDER ASSOCIATES, INC., a Georgia corporation,

Plaintiff,

v.

EDGE ENVIRONMENTAL, INC.,
DANIEL DUCE,
CAROLYN LAST,
ARCHIE REEVE, and
MARY BLOOMSTRAN,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Motion to Withdraw Their Opposed Motion to Amend the Scheduling Order to Extend the Dispositive Motion to Deadline** [docket no. 63, filed June 25, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and docket entry no. 61, **Defendants' Opposed Motion to Amend The Scheduling Order to Extend the Dispositive Motion Deadline** is DENIED AS MOOT.

DATED:  June 25, 2007