IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01260-WYD-BNB

GOLDER ASSOCIATES, INC., a Georgia corporation,

      Plaintiff(s),

v.

EDGE ENVIRONMENTAL, INC.;
DANIEL DUCE;
CAROLYN LAST;
ARCHIE REEVE; and
MARY BLOOMSTRAN,

      Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Mary Bloomstran's Motion for Leave to File Two Separate Motions for Partial Summary Judgment, filed June 29, 2007 (docket #72) is **GRANTED**.

      Dated:  July 2, 2007