IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01260-WYD-BNB

GOLDER ASSOCIATES, INC., a Georgia corporation,

 Plaintiff(s),

v.

EDGE ENVIRONMENTAL, INC.;
DANIEL DUCE;
CAROLYN LAST;
ARCHIE REEVE; and
MARY BLOOMSTRAN,

 Defendant(s).

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

 Defendants' Unopposed Motion to Amend the Scheduling Order to Extend the Dispositive Motion Deadline, filed June 25, 2007 (docket #64) is **GRANTED**, and Defendants' Motions for Summary Judgment, filed June 29, 2007, are accepted for filing.

 Plaintiff's Unopposed Motion for a 14-Day Extension of The Respective Deadlines for all Parties to Respond to Pending Summary Judgment Motions, filed July 10, 2007 (docket #80) is **GRANTED**.   Plaintiff shall have to and including **Thursday**, **August 2, 2007**, to file its responses to Defendants' Motions for Summary Judgment. Defendants shall have to and including **Monday, July 30, 2007**, to file their responses to Plaintiff's Motion for Summary Judgment.

 Dated:  July 11, 2007