IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01260-WYD-BNB

GOLDER ASSOCIATES, INC., a Georgia corporation,

Plaintiff,

v.

EDGE ENVIRONMENTAL, INC.,
DANIEL DUCE,
CAROLYN LAST,
ARCHIE REEVE, and
MARY BLOOMSTRAN,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1)    **Defendants' Unopposed Motion to Amend the Scheduling Order to Extend the Discovery Deadlines** [Doc. # 57, filed 6/14/2007] (the "Motion for Extension"); and

(2)    **Plaintiff's Motion to Modify Scheduling Order and Amend Complaint** [Doc. # 59, filed 6/15/2007] (the "Motion to Amend").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Extension is GRANTED, and discovery is extended to and including **July 31, 2007**, to allow the parties to complete the discovery specified in that motion.

IT IS FURTHER ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 59-2].

Dated July 17, 2007.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge