IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01260-WYD-KLM

GOLDER ASSOCIATES, INC., a Georgia corporation,

    Plaintiff(s),

v.

EDGE ENVIRONMENTAL, INC.;
DANIEL DUCE;
CAROLYN LAST;
ARCHIE REEVE; and
MARY BLOOMSTRAN,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Apply its Previously Filed Motion for Summary Judgment to the Claims Asserted in its Amended Complaint, and the Counterclaims Asserted in Defendants' Second Amended Counterclaims, filed August 6, 2007 (docket #100) is **GRANTED**.

    Dated:  August 7, 2007