IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01260-WYD-KLM

GOLDER ASSOCIATES, INC., a Georgia corporation,

   Plaintiff(s),

v.

EDGE ENVIRONMENTAL, INC.;
DANIEL DUCE;
CAROLYN LAST;
ARCHIE REEVE; and
MARY BLOOMSTRAN,

   Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

   Defendants' Motions to Apply their Previously Filed Partial Motions for Summary Judgment to Plaintiff's Amended Complaint and Counterclaims Asserted by Defendants in its Amended Answer and Amended Counterclaims, filed August 10, 2007 (docket #'s 102 & 103) are **GRANTED**.

   Dated:  August 10, 2007