IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01260-WYD-KLM

GOLDER ASSOCIATES, INC., a Georgia corporation,

    Plaintiff(s),

v.

EDGE ENVIRONMENTAL, INC.;
DANIEL DUCE;
CAROLYN LAST;
ARCHIE REEVE; and
MARY BLOOMSTRAN,

    Defendant(s).

## ORDER

THIS MATTER is before the Court on Defendants' Unopposed Motion to Withdraw Defendants' Third Counterclaim Against Plaintiff, field August 21, 2007 (docket #114).  The Third Counterclaim asserts a claim for tortious interference with prospective business advantage.  Upon consideration of the motion and file herein, I find that the motion should be **GRANTED**, and Defendants' Third Counterclaim is hereby dismissed

    Dated:  August 22, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge