IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01260-WYD-KLM

GOLDER ASSOCIATES, INC.,

    Plaintiff(s),

v.

EDGE ENVIRONMENTAL, INC.,
DANEIL DUCE,
CAROLYN LAST,
ARCHIE REEVE, and
MARY BLOOMSTRAN,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' Unopposed Motion to Vacate and Re-Schedule the Final Pretrial Conference Scheduled on August 28, 2007 (Docket No. **112,** Filed August 21, 2007) ("the motion").

IT IS HEREBY **ORDERED** that the motion is **GRANTED** as follows:

The Final Pretrial Conference set August 28, 2007 at 9:00 a.m. (Mountain Time) is **vacated** and **reset** to **MARCH  06, 2008   at  9:00 a.m.** in Courtroom A-501, Fifth floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall submit their proposed final pretrial order no later than **five (5)** business days prior to the conference.

IT IS FURTHER **ORDERED** that the proposed deadline extensions are adopted by the Court as follows:

*06-cv-01260-WYD-KLM*

- The written Discovery cutoff regarding Plaintiff's claims eleven through fourteen is   extended to **October 31, 2007**

- The Dispositive motions deadline regarding Plaintiff's claims eleven through fourteen  is extended to **November 30, 2007**

IT IS FURTHER **ORDERED** that the parties   shall submit a revised   Modified Scheduling Order accurately setting forth the date(s) of scheduling conference(s) and appearances of counsel in Section 1   on or before **August 31, 2007.**

Dated:  August 24, 2007