IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01260-WYD-KLM

GOLDER ASSOCIATES, INC., a Georgia corporation,

    Plaintiff,

v.

EDGE ENVIRONMENTAL, INC.; DANIEL DUCE; CAROLYN LAST; ARCHIE REEVE; and MARY BLOOMSTRAN,

    Defendants.

## ORDER

THIS MATTER comes before the Court on Defendants' Motion to Strike Portions of Plaintiff's Reply Brief in Support for Summary Judgment, or in the Alternative Leave to File Surreply, filed October 10, 2007 (docket # 126). It is hereby

ORDERED that Defendants' Motion to Strike Portions of Plaintiff's Reply Brief in Support for Summary Judgment filed October 10, 2007 (docket # 126) is **DENIED**. It is

FURTHER ORDERED that the Alternative Leave to File Surreply is **GRANTED**. The Surreply shall be limited to ten (10) pages and shall be filed no later than **Monday, November 26, 2007**.

Dated: November 5, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge