IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01260-WYD-KLM

GOLDER ASSOCAITES, INC.,

    Plaintiff(s),

v.

EDGE ENVIRONMENTAL, INC.,
DANEIL DUCE,
CAROLYN LAST,
ARCHIE REEVE, and
MARY BLOOMSTRAN,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on **Defendants' Unopposed Motion to Amend the Scheduling Order to Extend the Dispositive Motion Deadline** [Docket No. 129; filed November 5, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order shall be amended to extend the dispositive motion deadline to **December 14, 2007**.

    Dated:  November 6, 2007