IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01260-WYD-KLM

GOLDER ASSOCIATES, INC., a Georgia corporation,

    Plaintiffs,

v.

EDGE ENVIRONMENTAL, INC.;
DANIEL DUCE;
CAROLYN LAST;
ARCHIE REEVE; and
MARY BLOOMSTRAN,

    Defendants.

## ORDER

The parties have filed a Stipulated Motion to Dismiss With Prejudice. After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice. Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

    Dated: February 1, 2008

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge